FILED

NOV 10 2026

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. **1:26-cr-211-TWP-MG** |
| | ) | |
| | ) | |
| GURINDER SINGH KHERA, | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
21 U.S.C. § 841(a)(1)
Distribution of Controlled Substance

On or about October 27, 2026, within the Southern District of Indiana, Indianapolis Division, GURINDER SINGH KHERA, the defendant herein, did knowingly distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, GURINDER

SINGH KHERA shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following: Official Advance Funds.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

[redacted]

FOREPERSON

THOMAS E. WHEELER II
United States Attorney

By: ______________________
Peter A. Blackett
Assistant United States Attorney
MPB